211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 10−46820−tjt
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Horace E. Stone Jr.
   18075 Littlefield St.
   Detroit, MI 48235−1466

Social Security No.:
   xxx−xx−3936

Employer's Tax I.D. No.:

### NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☑ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Notice of Objection to Claim
- ☐ Notice to Respondent
- ☐ Original Signature
- ☐ Proof of Service
- ☐ Proposed Order
- ☐ Reaffirmation Agreement Cover Sheet
- ☐ Statement of Corporate Ownership LBR 9013−5

A corrected/missing document is required within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the

Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 5/3/10

                                            BY THE COURT

                                            Katherine B. Gullo , Clerk of Court
                                            U.S. Bankruptcy Court