Form 23
(10/05)

**Effective October 2006, Official Form 23 "Debtor's Certification of Completion of ..." has been replaced by: "Certification of Completion of Instructional Course ..." in the print list.**
**\*\*\* This note does not appear when you print this form.\*\*\***

# United States Bankruptcy Court
___EASTERN___ District Of ___MICHIGAN___

In re  Stone, Horace E. Jr.  ,  
        Debtor

Case No.  2:10-bk-46820

Chapter  7

## DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*[Complete one of the following statements.]*

☒ I/We, Stone, Horace E. Jr. . the debtor(s) in the above-
     (Printed Name(s) of Debtor and Joint Debtor, if any)
styled case hereby certify that on 4/23/2010 I/we completed an instructional
                (Date)
course in personal financial management provided by  Solid Start Financial Educational Services, LLC ,
                (Name of Provider)
an approved personal financial management instruction provider. If the provider furnished a document attesting to the completion of the personal financial management instructional course, a copy of that document is attached.

☐ I/We, Stone, Horace E. Jr. , the debtor(s) in the above-styled
     (Printed Names of Debtor and Joint Debtor, if any)
case, hereby certify that no personal financial management course is required because:
*[Check the appropriate box.]*

☐ I am/We are incapacitated or disabled, as defined in 11 U.S.C. § 109(h);
☐ I am/We are on active military duty in a military combat zone; or
☐ I/We reside in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:  /s/ Stone, Horace E. Jr.
                         18075 Littlefield St.
Date: 4/30/2010   Detroit, MI  48235

Signature of Joint Debtor: _____

Date: _____